144 So. 927

## SUMMERS BUS AND TRANSPORTATION CO. v. Alta Mae MEWBOURNE pro ami.

### 6 Div. 373.

Court of Appeals of Alabama.
Dec. 1, 1932.

PER CURIAM.

Appeal dismissed for want of prosecution.

---

146 So. 925

## W. A. SWAIM v. STATE.

### 8 Div. 712.

Court of Appeals of Alabama.
March 21, 1933.

SAMFORD, Judge.
Affirmed.

---

148 So. 925

## Will SWOOPE v. STATE.

### 8 Div. 682.

Court of Appeals of Alabama.
May 23, 1933.

BRICKEN, Presiding Judge.
Appeal dismissed.

---

141 So. 926

## Jack TALLEY v. STATE.

### 5 Div. 870.

Court of Appeals of Alabama.
April 19, 1932.

BRICKEN, P. J.
Affirmed.

---

147 So. 926

## Council TAYLOR v. STATE.

### 8 Div. 486.

Court of Appeals of Alabama.
April 11, 1933.

See, also, ante, p. 408, 147 So. 647.

Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, Judge.

Under the evidence in this case the guilt of the defendant was a question for the jury.

We are moved to say that there are some circumstances connected with this prosecution which tend to show that this charge is the result of malice on the part of some of the witnesses, but, in the absence of error in the trial, we are powerless. The case is one for the pardoning power.

The judgment must be affirmed.

Affirmed.

---

140 So. 927

## Floyd TAYLOR v. STATE.

### 8 Div. 352.

Court of Appeals of Alabama.
March 1, 1932.

BRICKEN, P. J.
Affirmed.